**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**DANIEL WAGONER,**

     **Plaintiff,**

   v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security[1],**

Case No. 1:21-cv-27005
Magistrate Judge Norah McCann King

**FINAL JUDGMENT**

This matter having come before the Court on the appeal from the final decision of the Commissioner of Social Security, and the Court having considered the submissions of the parties without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Opinion and Order filed on May 24, 2022,

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings consistent with the Opinion and Order filed on May 24, 2022.

May 24, 2022

                          *s/ Norah McCann King*
                          Norah McCann King
                          United States Magistrate Judge

---

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted as Defendant in her official capacity. *See* Fed. R. Civ. P. 25(d).